AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>Brian Hsiao Shaw<br>*Defendant(s)* | Case No. 25-mj-02880 |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

10:11 am, Nov 03 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____R.C.____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 26, 2024__ in the county of __Howard__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution Of Child Pornography |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

*Grace E. Meyer*
Complainant's signature

SA Grace Meyer, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: __October 31, 2025__

*Chelsea J. Crawford*
Judge's signature

City and state: __Baltimore, Maryland__     Chelsea J. Crawford, U.S Magistrate Judge
Printed name and title