**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT AND ARREST WARRANT FOR | ✓ FILED ___ ENTERED ___ LOGGED ____ RECEIVED |
| **BRIAN HSIAO SHAW** | Case No. 25-mj-02880<br><br>**Filed Under Seal** |

10:11 am, Nov 03 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___R.C.___ Deputy

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Grace Meyer, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

### INTRODUCTION

1.      I make this affidavit in support of an application for a criminal complaint charging **BRIAN HSIAO SHAW** ("SHAW") with 18 U.S.C. § 2252A(a)(2) (distribution of child pornography) (the "**TARGET OFFENSE**"). Based on the facts set forth in this affidavit, there is probable cause to believe that **SHAW** has committed the **TARGET OFFENSE**.

### AGENT BACKGROUND

2.      I am a Special Agent of the FBI and have been so employed since February 2023. As such, I am an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code. I am currently assigned to the FBI Child Exploitation and Human Trafficking Task Force in Baltimore, Maryland. I have duties that include investigations of federal violations concerning child pornography and the sexual exploitation of children. I have participated in the execution of multiple search warrants, which have resulted in the seizure of computers, cell phones, electronic media, and other items evidence violations of federal laws. I have also participated in the execution of search warrants for online accounts, such as email accounts, online storage accounts, and other online communication accounts related to child exploitation and/or child pornography.

3.      I have set forth only the facts I believe are necessary to establish probable cause for the warrants sought herein. The information contained in this affidavit is based upon my personal knowledge, my review of documents and official police reports, interviews with

1

witnesses and victims, my review of evidence, and my conversations with other law enforcement officers and other individuals.

## PROBABLE CAUSE

4.    On or about October 23, 2025, FBI Baltimore received information from the Howard County (Maryland) Police Department (HCPD) regarding an investigation into **SHAW** for the distribution of child pornography.  The investigation was initiated after HCPD received a NCMEC CyberTipline Report regarding the upload of child pornography to a Snapchat account.

5.    On or about October 30, 2025, I met with HCPD and learned the following regarding HCPD's investigation.  On or about December 27, 2024, Snapchat filed CyberTipline Report 204051625 with NCMEC for the upload of two apparent child pornography videos by the user of Snapchat account "aaa47999" on December 26, 2024.  The suspect information provided in this report for "aaa47999" listed the date of birth "July 8, 2002," email address "portapotty717@gmail.com," and IP Address "71.206.47.153" as being used to access this account on December 26, 2024, at 08:41:51 UTC.  The video files are described below:

    a.    The video with filename "aaa47999-None-faac9173-73cb-5535-be4a-05056e41958a~83-5c56d5433a-content.mp4" is approximately 54 seconds in length and depicts a prepubescent minor, based on a lack of pubic hair and child-like facial features, inserting an object into her vagina by bouncing up and down.

    b.    The video with filename "aaa47999-None-faac9173-73cb-5535-be4a-05056e41958a~73-ecfbf154bc-content.mp4" is approximately 34 seconds in length and depicts a nude female child seated with her legs spread, fully exposing her vagina.  The child does not have any pubic hair.  The child has some breast development.  Throughout the video, the child urinates and touches her vagina with her fingers.

2

6.    Upon receiving CyberTipline Report 204051625, HCPD investigators learned that the same Snapchat user was the subject of another CyberTipline Report, CyberTipline Report 202972294, submitted by Snapchat on November 29, 2024.  As documented in this CyberTipline Report, Snapchat user "aaa47999" uploaded one image with filename "aaa47999-None-c50ce5d3-0d8a-5a31-9511-5bb9ec0c383c~33-d5b23d79f9-content.jpg" which depicted a prepubescent male child, based on body size and child-like facial features, lying on a floor of a home with his eyes closed and his right hand inside his pants.  The image was uploaded on November 28, 2024, at 08:44:59 UTC.  The suspect information provided in this CyberTipline Report listed the same date of birth as the aforementioned posts, email address "portapotty717@gmail.com," and IP Address "69.138.31.22" as being used to access this account on November 28, 2024, at 14:33:52 UTC.

7.    On or about April 14, 2025, pursuant to a subpoena, Comcast provided HCPD with the following subscriber information associated to IP address 71.206.47.153 with activity on December 26, 2024, at 08:41:51 UTC, and IP address 69.138.31.22 with activity on November 28, 2024, at 14:33:52 UTC – the two IP addresses were associated with the same, following information:

Subscriber Name: [redacted - a person referred to in this affidavit as "Individual 1"[1]]
Service Address: [redacted], Ellicott City, MD 21042-5828
Billing Address: [redacted], Ellicott City, MD 21042-5828
Telephone: (410) 418-8935, (301) 221-1710
Type of Service: Internet
Account Number: 8299400311110956
Account Status: Active

8.    On or about April 25, 2025, pursuant to a search warrant authorized by the Honorable Lara Weathersbee, Circuit Court Judge for Howard County, Snapchat provided

---

[1] Individual 1 is believed to be **SHAW**'s relative.

records associated to Snapchat user "aaa47999." Located in the account were the two video files from CyberTipline Report 204051625 and the one image file from CyberTipline Report 202972294. The records provided by Snapchat revealed that Snapchat user "aaa47999" previously used the username "s_gurl817." Also located in the account were one video file and two image files sent from Snapchat user "s_gurl817" to another Snapchat user on December 26, 2024, which depicted a pubescent female child engaged in sexually explicit conduct. These files are described below:

      a.     Image file "chatmedia_v42024-12-26-08-29-35UTCs_gurl817lil_casper42savedbEiASFTl6dEJkS29Yc29zb2Q1NlcyNHRVcDIBfkgCUARgAQv4.jpeg" depicts the pubescent female child's vagina with an object inserted into it.

      b.     Image file "chatmedia_v42024-12-26-08-30-52UTCs_gurl817lil_casper42savedbChxZN2paZ042TFV1Q1d5M0ZwZTdVTUYuMTAyMF8xEiUSGlk3alpnTjZMVXVDV3kzRnBlN1VNRi4xMDIwMgEESAFQHmABv4.jpeg" depicts the pubescent female child spreading her labia with her fingers.

      c.     Video file "chatmedia_v42024-12-26-08-31-41UTCs_gurl817lil_casper42savedbEiQSFW5mSGNYekg1ZkI1OGVLYUo0ZUQ5bhoAGgAyAX5IAlAEYAEv4.mp4" is approximately 10 seconds in length and depicts the pubescent female child masturbating her vagina with her fingers.

    9.    The records provided by Snapchat also revealed that Snapchat user "s_gurl817" sent an image of himself to another user on December 11, 2024. HCPD consequently learned that **SHAW**, a registered sexual offender, was receiving mail at the Ellicott City, Maryland

address associated with the IP address above (the "Ellicott City residence").[2] A visual comparison of **SHAW**'s Maryland Motor Vehicle Administration photo and the photo sent by Snapchat user "s_gurl817" of himself revealed the adult male of Asian background depicted in both photos was consistent in appearance. The email address used on the Snapchat account, "portapotty717@gmail.com," was discovered to be an invalid email address, and the listed date of birth is not **SHAW**'s true birth date.

10.    On or about October 22, 2025, HCPD investigators conducted surveillance in the vicinity of the Ellicott City residence. Observed in the driveway of the residence was a Toyota 4Runner bearing Maryland license plate 8GP3017. According to Maryland Motor Vehicle Administration records, this vehicle is currently registered to **SHAW** and his father.

11.    On or about October 29, 2025, HCPD's Crime Reduction Team obtained a court order authorizing real-time location pings for **SHAW**'s telephone number, 443-928-3819. This telephone number is listed in the Maryland Department of Public Safety and Correctional Services Sexual Offender Registry. The first ping was in the vicinity of Centennial Park West, located at 4701 Centennial Lane, Ellicott City, Maryland. This park is approximately 2.0 miles from the Ellicott City residence. HCPD investigators consequently initiated surveillance and located the Toyota 4Runner bearing Maryland license plate 8GP31017 at the park. Shortly thereafter, investigators observed **SHAW** giving tennis lessons to minors. HCPD investigators later observed **SHAW** enter the Toyota 4Runner bearing Maryland license plate 8GP3017 and proceed in the direction of the Ellicott City residence. On October 30, 2025, the pings were all in the vicinity of the Ellicott City residence.

---

[2] On April 1, 2014, **SHAW** was convicted of distribution of child pornography and possession of child pornography in the United States District Court for the District of Maryland and sentenced to 84 months' imprisonment followed by a lifetime term of supervised release.

## AUTHORIZATION REQUEST

12.    Based on the information provided above, I submit there is probable cause to

believe **SHAW** has committed violations of 18 U.S.C. § 2252A(a)(2) (distribution of child

pornography).  Specifically, **SHAW** knowingly distributed child pornography knowing it was

transported in and affecting interstate commerce.

Respectfully submitted,

*Grace C. Meyer*

Special Agent Grace Meyer
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with
Fed. R. Crim. P. 4.1 and 41(d)(3) this **31st**_____ day of October 2025.

HONORABLE CHELSEA J. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

6